### UNITED STATES of America, Plaintiff-Appellee,

v.

### Andrew J. DANZELL, Defendant-Appellant.

### No. 17-6572

United States Court of Appeals, Fourth Circuit.

Submitted: September 28, 2017

Decided: October 2, 2017

Andrew J. Danzell, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew J. Danzell appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and the district court's memorandum opinion and affirm for the reasons cited by the district court. *United States v. Danzell*, Nos. 7:05-cr-00024-GEC-MFU-1; 7:09-cv-80196-GEC-MFU (W.D. Va. Apr. 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*